**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**

**MAGISTRATE JUDGE'S MINUTES**

DATE: 6/14/01      CASE NUMBER: CR 01-00533-001-PHX-SRB

☒ FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 1 8 2001
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

USA vs. Mark Warren Sands

U.S. MAGISTRATE JUDGE: MORTON SITVER  #: 70AC

A.U.S. Attorney  Joseph Welty           INTERPRETER_____
                                        LANGUAGE_____

Attorney for Defendant  Carmen Fischer (Appointed)

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA 6/14/01            ☒ Initial Appearance        ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken   ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

---

| **DETENTION HEARING:** | **ARRAIGNMENT HEARING:** |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset | ☒ Held  ☐ Con't  ☐ Reset |
| Set for: 6/19/01 at 2:30 PM<br>Before: MAGISTRATE JUDGE MATHIS | Set for:<br>Before: |
| ☒ Defendant ordered temporarily detained in the custody of the United States Marshal | Plea of NOT guilty entered to Counts all pending. |
| ☐ Defendant ordered released _____ | DATE OF MOTION DEADLINE: 15 days |
| ☐ Defendant continued detained pending trial<br>   ☐ Flight risk  ☐ Danger | Defendant bound over to U.S.D.C. for trial on 8/7/01 at 9:00 AM in Courtroom 502 before JUDGE BOLTON |

**STATUS HEARING RE :**  Set for   before

---

Other: Defendant is appointed counsel under the CJA Act with possible reimbursement by the government to be determined later by the District Judge.
_____

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 _ will commence on _ thru _ for a total of _ days.

RECORDED: Cass. S01-75
BY: Phylis Durbin
Deputy Clerk