UNITED STATES DISTRICT COURT                               MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Phoenix

DATE: 6/19/01          CASE NUMBER:  CR 01-00533-001-PHX-SRB

```
                                                        ☒ FILED    ___ LODGED
                                                        ___ RECEIVED ___ COPY
                                                             JUN 2 1 2001
                                                        CLERK U S DISTRICT COURT
                                                          DISTRICT OF ARIZONA
                                                        BY_____ DEPUTY
```

USA vs. Mark Warren Sands

U.S. MAGISTRATE JUDGE: VIRGINIA A. MATHIS   #: 70BF

A.U.S. Attorney  Joseph Welty           INTERPRETER_____
                                        LANGUAGE_____

Attorney for Defendant Deborah Euler-Ajayi (AFPD) replacing Carmen Fischer (Appointed)

DEFENDANT:  ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA___         ☐ Initial Appearance         ☐ Appointment of counsel hearing held
   ☐ Financial Afdvt taken   ☐ No Financial Afdvt taken   ☐ Financial Afdvt sealed
   ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

---

**DETENTION HEARING:**
☒ Held✔  ☒ Con't  ☐ Submitted  ☐ Reset

Set for: 6/22/01 at 1:30 pm
Before: MAGISTRATE JUDGE MATHIS

☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial

**ARRAIGNMENT HEARING:**
☐ Held  ☐ Con't  ☐ Reset

Set for:
Before:

---

STATUS HEARING RE: Set for   before

Other: Defense exhibit 1, Letters from Eleanor Miller to law enforcement, marked.  Defense witnesses, Joanne Musson, Harriet Cole and Vicki DeWerth sworn and examined.

RECORDED: Cass. M01-75 & 76
BY: Lynne Scott
Deputy Clerk