IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Mark Sands,<br><br>        Defendant. | DATE: 10-26-01<br><br>No. CR 01-533-1 PHX SRB<br><br>MINUTE ORDER |

IN THE ABOVE-REFERENCED MATTER:

    IT IS ORDERED setting possible Change of Plea on **November 7, 2001, at 10:30 a.m.** before Judge Bolton.

                          RICHARD H. WEARE
                          District Court Executive/
                          Clerk of Court

                          *Maureen Williams*
                          Maureen Williams
                          Courtroom Deputy for Judge Bolton

cc: AUSA Michael Kemp
    AFPD Deborah Euler-Ajayi
    PTS
    SRB