IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FILED | ___ LODGED |
| ___ RECEIVED | ___ COPY |

NOV - 7 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Phoenix Division                     CRIMINAL MINUTES (PLEA)

CR 01-533-1 PHX SRB     DATE: 11-7-01
Cr   Case No.   Dft #

HON: SUSAN R. BOLTON     Judge # 7026

USA v. Mark Warren Sands

DEFENDANT: X Present  __Not Present  __Released  X Custody  __Writ

Deputy Clerk: Maureen Williams          Crt Rptr: Kim Myrick
U.S.Atty: Joseph Welty and Michael Kemp       Dft Atty: Deborah Euler-Ajayi
                                            X AFPD  __ Appointed  __ Retained
Intrptr:_____     Language:_____

===========================================================================

**PROCEEDINGS:** __ARRAIGNMENT/PLEA   X CHANGE OF PLEA  __RULE 20  __ SEALED

  X   Defendant is sworn and examined.

Defendant enters: X GUILTY PLEA to: Counts 1,2,4,8,11,14,17 and 20 of the Indictment and one Count Information

PLEA AGREEMENT: X LODGED  __FILED  ___SEALED.
                X Guideline case.  __Non-guideline case.

FILED: X Waiver of Indictment  X Information

  X   The Court accepts the Defendant's plea.

SENTENCING SET FOR: February 11, 2002, at 1:30 p.m. before Judge Bolton     SEALED:_____

TO BE DISMISSED AT SENTENCING: all remaining Counts of the Indictment

  X   ORDER vacate trial date/motion hearings/motions moot.
  X   ORDER a Presentence Investigation Report be prepared.

cc: PB
    mw