| ✎AO 435 (Rev. 10/05) *Read Instructions on Back:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | FOR COURT USE ONLY **DUE DATE:** | |
|---|---|---|---|---|

| 1. NAME Joseph C. Welty | | 2. PHONE NUMBER (602) 514-7500 | 3. DATE 7/5/2006 | |
|---|---|---|---|---|

| 4. FIRM NAME U.S. Attorney's Office | | | | |
|---|---|---|---|---|

| 5. MAILING ADDRESS 40 N. Central Avenue | 6. CITY Phoenix | 7. STATE AZ | 8. ZIP CODE 85540 |
|---|---|---|---|

| 9. CASE NUMBER CR 01-533-PHX-SRB | 10. JUDGE Susan R. Bolton | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11.  2/11/2002 | 12.  2/11/2002 |

| 13. CASE NAME U.S. v. Mark Warren Sands | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. | 15. STATE |

### 16. ORDER FOR

| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☒ SENTENCING | 2/11/2002 | | |
| ☐ BAIL HEARING | | | |

### 18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☒ | NO. OF COPIES | PAPER COPY   ☐ | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | ELECTRONIC COPY: | |
| DAILY | ☐ | ☐ | NO. OF COPIES | DISK   ☐   E-MAIL   ☐ | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | E-MAIL ADDRESS | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 19. SIGNATURE   s/ Joseph C. Welty | PROCESSED BY         PHONE NUMBER | |
| 20. DATE | | |

| TRANSCRIPT TO BE PREPARED BY | | | NOTE:  IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE. | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**       COURT COPY       TRANSCRIPTION COPY       ORDER RECEIPT       ORDER COPY